# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

April 2, 2023

<u>VIA CM/ECF</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, New York 10007

      Re:    Vuppala v. 25 Bond Street Garage Owner LLC, et al
                Case 1:23-cv-00149-LGS

Dear Judge Schofield:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial PreTrial Conference in this matter is currently scheduled for April 12, 2023, at 4:00 p.m. in Your Honor's Courtroom. However, since this date falls within the feast of Passover, Plaintiff's counsel, who is observant, will not be able to attend said Conference. Also, the Defendants have not yet appeared in this matter. For these reasons, Plaintiff respectfully requests an adjournment of this Conference to 45-days after the date of the Conference, or any another date most convenient to the Court, in order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear. The undersigned counsel has undertaken additional efforts including follow-up correspondence with a copy of the Summons and Complaint, by Federal Express to the corporate addresses in order to facilitate contact from Defendants.

      This is the undersigned counsel's second request for adjournment. Thank you for your consideration of this request.

                                Sincerely,

                                By: /S/ B. Bradley Weitz
                                   B. Bradley Weitz, Esq. (BW 9365)
                                   THE WEITZ LAW FIRM, P.A.
                                   Attorney for Plaintiff
                                   Bank of America Building
                                   18305 Biscayne Blvd., Suite 214
                                   Aventura, Florida 33160
                                   Telephone: (305) 949-7777
                                   Facsimile: (305) 704-3877
                                   Email: bbw@weitzfirm.com

_/s/ Lorna G. Schofield_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **granted in part**. The initial pretrial conference scheduled for April 12, 2023, is adjourned to **May 10, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **May 3, 2023, at 12:00 P.M.**

Pursuant to Federal Rule of Civil Procedure 4(m), if the Complaint is not served by April 6, 2023, the case will be dismissed. Plaintiff shall file proof of service as to each Defendant by **April 6, 2023**.

Dated:  April 3, 2023
          New York, New York