# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

April 27, 2023

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

> Application **granted in part**. The initial pretrial conference scheduled for May 10, 2023, is adjourned to **June 7, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **May 31, 2023, at 12:00 P.M.**
>
> Dated: April 28, 2023
>         New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   Vuppala v. 25 Bond Street Garage Owner LLC, et al
      Case 1:23-cv-00149-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for May 10, 2023, at 4:00 p.m., in your Honor's Courtroom. However, Defendants have not yet made an appearance in this matter, having been served through the Secretary of State. Since the Department of State serves Defendants via Certified Mail and due to an 8-week backlog in their service, the Defendants were also personally served through an independent process server, in the event service through the Department of State was ineffectual

In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this third adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com