# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

May 29, 2023

**VIA CM/ECF**

Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

> Application **granted in part**. The initial pretrial conference scheduled for June 7, 2023, is adjourned to **June 28, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **June 21, 2023, at 12:00 P.M.**
>
> Dated: May 30, 2023
>        New York, New York
>
> _/s/ Lorna G. Schofield_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   Vuppala v. 25 Bond Street Garage Owner LLC, et al
      Case 1:23-cv-00149-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for June 7, 2023, at 4:00 p.m., in your Honor's Courtroom. However, Defendants have not yet made an appearance in this matter, though both Defendants have been served. The Plaintiff has taken the extra effort to contact the Defendants by serving a courtesy copy of the summons and Complaint through Federal Express mail to solicit a response and appearance by the Defendants. A courier has also been retained to likewise serve a courtesy copy of the summons and Complaint to the Defendants.

In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this fourth adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com