# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160

June 22, 2023

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

> Application **DENIED** in light of the number of adjournments previously granted. The initial pretrial conference scheduled for June 28, 2023, is **canceled**. By **July 7, 2023**, Plaintiff shall file a proposed order to show cause for default judgment and supporting papers required by the Court's Individual Rules.
>
> Dated: June 22, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   Vuppala v. 25 Bond Street Garage Owner LLC, et al
      Case 1:23-cv-00149-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for June 28, 2023, at 4:00 p.m., in your Honor's Courtroom. However, Defendants have not appeared in this matter, though both Defendants have been served. The Plaintiff has taken the extra effort to personally serve the Defendants through a private process server, apart from the initial service through the Department of State. Plaintiff awaits their response.

In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this fifth adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com