# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

September 13, 2023

> The initial pretrial conference scheduled for September 20, 2023, is adjourned to **October 25, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **October 18, 2023**. So Ordered.
>
> Dated: September 14, 2023
> New York, New York
>
> _____
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re:    **Vuppala v. 25 Bond Street Garage Owner LLC, et al**
             **Case 1:23-cv-00149-LGS**

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for September 20, 2023, at 4:00 p.m., in your Honor's Courtroom. However, Defendants have not appeared in this matter. This matter's Complaint was amended, and service was completed for the Amended Complaint. Plaintiff is awaiting the response from the Defendants to the Complaint.

    In order to allow the parties adequate time to contact the undersigned and engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request regarding the current Amended Complaint.

                                        Sincerely,

                                        By: /S/ B. Bradley Weitz
                                            B. Bradley Weitz, Esq. (BW9365)
                                            THE WEITZ LAW FIRM, P.A.
                                            Attorney for Plaintiff
                                            Bank of America Building
                                            18305 Biscayne Blvd., Suite 214
                                            Aventura, Florida 33160
                                            Telephone: (305) 949-7777
                                            Facsimile: (305) 704-3877
                                            Email: bbw@weitzfirm.com