# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

October 18, 2023

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

> The initial pretrial conference scheduled for October 25, 2023, is adjourned to **November 29, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **November 22, 2023**. So Ordered.
>
> Dated: October 20, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

    Re: **Vuppala v. 25 Bond Street Garage Owner LLC, et al**
       **Case 1:23-cv-00149-LGS**

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  The Initial Pretrial Conference in this matter is currently scheduled for October 25, 2023, at 4:00 p.m., in your Honor's Courtroom. However, the Defendants have not yet appeared in this matter, though both Defendants have been served via the Department of State, Division of Corporations and more recently they were served by personal service through an independent process server. At this time the Plaintiff is remitting correspondence to the Defendants to alert the non-appearing Defendants of the pending lawsuit.

  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this sixth adjournment request.

            Sincerely,

            By: /S/ B. Bradley Weitz
              B. Bradley Weitz, Esq. (BW9365)
              THE WEITZ LAW FIRM, P.A.
              Attorney for Plaintiff
              Bank of America Building
              18305 Biscayne Blvd., Suite 214
              Aventura, Florida 33160
              Telephone: (305) 949-7777
              Facsimile: (305) 704-3877
              Email: bbw@weitzfirm.com