# THE WEITZ LAW FIRM, P.A.

November 22, 2023

**Application GRANTED.** The initial pretrial conference scheduled for November 29, 2023, is adjourned to **January 17, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **January 10, 2024**.

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

Dated: November 27, 2023
        New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

      Re:    Vuppala v. Bond Street Parking LLC, et al
             Case 1:23-cv-00149-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for November 29, 2023, at 4:00 p.m., in your Honor's Courtroom. However, the Defendants have not yet appeared in this matter, though both Defendants have been served via the Department of State, Division of Corporations and also served by personal service through an independent process server. At this time the Plaintiff has remitted correspondence with a courtesy copy of the Summons and Complaint by courier service to the Defendants to alert the non-appearing Defendants of the pending lawsuit and to solicit their appearance

    In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this seventh adjournment request.

                        Sincerely,

                        By: /S/ B. Bradley Weitz
                           B. Bradley Weitz, Esq. (BW9365)
                           THE WEITZ LAW FIRM, P.A.
                           Attorney for Plaintiff
                           Bank of America Building
                           18305 Biscayne Blvd., Suite 214
                           Aventura, Florida 33160
                           Telephone: (305) 949-7777
                           Facsimile: (305) 704-3877
                           Email: bbw@weitzfirm.com