# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

January 10, 2024

**Application DENIED** in light of the number of adjournments previously granted.  The initial pretrial conference scheduled for January 17, 2024, is **CANCELED**.  By **January 26, 2024**, Plaintiff shall file a proposed order to show cause for default judgment and supporting papers required by the Court's Individual Rules.  So Ordered.

Dated: January 11, 2024
         New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

<u>VIA CM/ECF</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

   Re: Vuppala v. Bond Street Parking LLC, et al
      Case 1:23-cv-00149-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  The Initial Pretrial Conference in this matter is currently scheduled for November 29, 2023, at 4:00 p.m., in your Honor's Courtroom.  However, the Defendants have not yet appeared in this matter, though both Defendants have been served via the Department of State, Division of Corporations and also served by personal service through an independent process server.  Plaintiff has again remitted correspondence with a courtesy copy of the Summons and Complaint by courier service to the Defendants to alert the non-appearing Defendants of the pending lawsuit and to solicit their appearance

  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this eighth adjournment request.

         Sincerely,

         By: /S/ B. Bradley Weitz
           B. Bradley Weitz, Esq. (BW9365)
           THE WEITZ LAW FIRM, P.A.
           Attorney for Plaintiff
           Bank of America Building
           18305 Biscayne Blvd., Suite 214
           Aventura, Florida 33160
           Telephone: (305) 949-7777
           Facsimile:  (305) 704-3877
           Email: bbw@weitzfirm.com