Application **GRANTED**.  The initial pretrial conference scheduled for **March 27, 2024**, is adjourned to **May 15, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **May 8, 2024**.

Dated: March 21, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   Vuppala v. Bond Street Parking LLC, et al
      Case 1:23-cv-00149-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for March 27, 2024 at 4:00 p.m., in your Honor's Courtroom.  However, Defendants have not appeared in this matter as yet. This matter's Complaint was amended, and service was completed for the Second Amended Complaint through the Department of State and via personal service through an independent process server. Plaintiff is awaiting the response from the Defendants to the Second Amended Complaint.

In order to allow the parties adequate time to contact the undersigned and engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request regarding the Second Amended Complaint.

                                    Sincerely,

                                    By: /S/ B. Bradley Weitz
                                        B. Bradley Weitz, Esq. (BW9365)
                                        THE WEITZ LAW FIRM, P.A.
                                        Attorney for Plaintiff
                                        Bank of America Building
                                        18305 Biscayne Blvd., Suite 214
                                        Aventura, Florida 33160
                                        Telephone: (305) 949-7777
                                        Facsimile:  (305) 704-3877
                                        Email: bbw@weitzfirm.com