UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
KIRAN VUPPALA, :
                      Plaintiff, :
 : 23 Civ. 149 (LGS)
     -against- :
 : ORDER
BOND STREET PARKING LLC, et al., :
                      Defendants. :
 :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for May 15, 2024;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the May 15, 2024, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

    **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**. The referral will issue in a separate order.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: May 8, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE