UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
KIRAN VUPPALA,                                                  :
                                       Plaintiff,               :
                                                                :      23 Civ. 149 (LGS)
              -against-                                         :
                                                                :      ORDER
25 BOND STREET GARAGE OWNER LLC, et                             :
al.,                                                            :
                                       Defendants.              :
                                                                :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 16, 2024, the parties were ordered to file a status letter updating the Court on the progress of discovery by August 16, 2024. The parties were also advised that the Court does not extend deadlines for fact and expert discovery absent compelling circumstances and a showing of diligence;

WHEREAS, on August 19, 2024, Plaintiff filed a letter motion for extension of time to file the status letter by August 21, 2024, which the Court granted;

WHEREAS, by August 21, 2024, no such status letter was filed. It is hereby

**ORDERED** that, by **August 23, 2024**, the parties shall file the status letter. Continued disregard of the Court's orders may result in sanctions.

Dated: August 22, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE