UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KIRAN VUPPALA,                                              :
                                          Plaintiff,        :
                                                            :       23 Civ. 149 (LGS)
                -against-                                   :
                                                            :       ORDER
BOND STREET PARKING LLC et al,                              :
                                          Defendants.       :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an order dated August 27, 2024, directed Plaintiff to file a proper notice of voluntary dismissal against Defendant FirstService Residential New York, Inc. ("FirstService") by August 30, 2024. It also directed Plaintiff to serve Defendant 25 Bond Street Garage ("Garage") by September 13, 2024. If Defendant Bond Street Parking LLC ("Parking") has not appeared by September 13, 2024, the order also directed Plaintiff to dismiss or file a proposed Order to Show Cause for default judgment and related papers against Parking by September 20, 2024;

WHEREAS, by August 30, 2024, Plaintiff did not properly dismiss FirstService;

WHEREAS, by September 13, 2024, Plaintiff did not serve Garage;

WHEREAS, on September 14, 2024, Plaintiff filed a letter motion for extension of time to serve Parking. Plaintiff did not ask for an extension to serve Garage or voluntarily dismiss FirstService;

WHEREAS, an order dated September 16, 2024, granted Plaintiff's request for extension and directed Plaintiff to serve Parking or file letter on efforts to serve Parking by October 14, 2024. The order also *sua sponte* extended the deadline for Plaintiff to serve Garage and dismiss FirstService to September 18, 2024;

WHEREAS, by September 18, 2024, Plaintiff did not serve Garage or dismiss FirstService.  It is hereby

ORDERED that Plaintiff's claims against FirstService are dismissed without prejudice; It is further

ORDERED that by **October 2, 2024**, Plaintiff shall serve Parking.  If Plaintiff continues to violate this Order, Plaintiff's claims against Parking may be dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to terminate FirstService as a defendant.

Dated: September 25, 2024
      New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**