UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
KIRAN VUPPALA,                                              :
                                        Plaintiffs,         :
                                                            :     23 Civ. 149 (LGS)
                -against-                                   :
                                                            :     ORDER
BOND STREET PARKING LLC et al.,                             :
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff brought this action against Defendants Bond Street Parking LLC ("Parking"), 25 Bond Street Garage Owner LLC ("Garage"), 25 Bond Street Condominium ("Condominium") and FirstService Residential New York, Inc. ("Residential");

WHEREAS, Defendants Condominium and Residential has been dismissed on September 3, 2024, and September 16, 2024, respectively;

WHEREAS, Defendants Parking and Garage have been served through the Secretary of the State of New York on October 2, 2024;

WHEREAS, Defendants Parking and Garage failed to answer or otherwise respond to the Amended Complaint by October 23, 2024, and have not appeared;

WHEREAS, the Order dated October 31, 2024, directed the Plaintiff to file the proof of service for Defendant Parking through alternative service by November 13, 2024.  It is hereby

**ORDERED** that the Civil Case Management Plan and Scheduling Order at Dkt. No. 72 is VACATED, and a new one will be issued when and if one or both of Defendants Parking and Garage appears.  The conference scheduled for November 13, 2024, is CANCELLED.  If one or both Defendants do not appear by **November 20, 2024**, Plaintiff shall file a status letter proposing next steps.

The Clerk of Court is respectfully directed to terminate Firstservice Residential New York, Inc. as a defendant and a cross-claimant.

Dated: November 7, 2024
      New York, New York

                                              LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE