UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KIRAN VUPPALA,
                         Plaintiff,

        -against-

25 BOND STREET GARAGE OWNER LLC, et al.,
                         Defendant.
------------------------------------------------------------X

23 Civ. 149 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 13, 2024, grants Plaintiff's request to extend his deadline to file proposed default judgment materials against the remaining Defendants to January 12, 2025;

WHEREAS, no such materials were filed. It is hereby

**ORDERED** that Plaintiff's deadline to file the materials is extended to January 17, 2025. Failure to comply with the Court's order may result in sanctions, including dismissal of the action for failure to prosecute.

Dated: January 15, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**