UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    KIRAN VUPPALA,
                              Plaintiff,

                            23 Civ. 149 (LGS)

           -against-

                            ORDER

    25 BOND STREET GARAGE OWNER LLC, et al.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 22, 2025, directs Plaintiff to file proposed default judgment materials required by Local Rule 55.2 by February 7, 2025;

WHEREAS, no such materials were filed.  It is hereby

**ORDERED** that Plaintiff's deadline to file the materials is extended to **February 14, 2025**.  Failure to comply with the Court's order may result in sanctions, including dismissal of the action for failure to prosecute.

Dated: February 11, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**