UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
KIRAN VUPPALA,

        Plaintiff,

vs.

BOND STREET PARKING LLC, a Delaware limited liability company, d/b/a BOND STREET PARKING, and 25 BOND STREET GARAGE OWNER LLC, a New York limited liability company,

        Defendant
---------------------------------------------------------x

1:23-cv-00149-LGS

**REQUEST FOR ENTRY OF DEFAULT**

To:    TAMMI M. HELLWIG
        United States District Court
        Southern District of New York

Plaintiff, KIRAN VUPPALA respectfully requests entry of default, pursuant to Fed. R. Civ. P. 55(b), against Defendant, 25 BOND STREET GARAGE OWNER LLC for Defendant's failure to appear or otherwise respond to the Complaint within the time specified by the Federal Rules.

I do hereby certify that this action was commenced on January 6, 2023, with the filing of a Summons and Complaint.

An Amended Complaint was served on defendant 25 BOND STREET GARAGE OWNER LLC by personally serving Nancy Dougherty, as Authorized Agent of the Office of the Secretary of State of the State of New York, and proof of service was therefore filed July 20, 2023, D.E. 33.

A Second Amended Complaint was served on defendant 25 BOND STREET GARAGE OWNER LLC by personally serving Nancy Dougherty, as Authorized Agent of the Office of the Secretary of State of the State of New York, and proof of service was therefore filed on October 2, 2024, D.E. 95. I further certify that the docket entries indicate that the Defendant has not

1

filed an Answer or otherwise moved with respect to the Second Amended Complaint herein. More than 21 days have elapsed since service was performed, and the Defendant has not been granted any extension of time to respond to the Second Amended Complaint. The Defendant has failed to answer or otherwise respond to the Second Complaint or serve any answer or other response on Plaintiff's attorney of record.

A proposed Certificate of Default is submitted for the Court's convenience.

Dated: This 18th day of February, 2025.

                                              Respectfully submitted,

                                              By: /S/ B. Bradley Weitz
                                                  B. Bradley Weitz, Esq. (BW 9365)
                                                  THE WEITZ LAW FIRM, P.A.
                                                  Attorney for Plaintiff
                                                  Bank of America Building
                                                  18305 Biscayne Blvd., Suite 214
                                                  Aventura, Florida 33160
                                                  Telephone: (305) 949-7777
                                                  Facsimile: (305) 704-3877
                                                  Email: bbw@weitzfirm.com